IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE SCOTT FETZER COMPANY, | CASE NO.: 1:19-cv-01296 |
| Plaintiff, | JUDGE: BENITA Y. PEARSON |
| vs. | MAG. JUDGE KATHLEEN B. BURKE |
| MARCUS QUINN, et al., | **CONSENT MOTION FOR LEAVE TO PLEAD** |
| Defendants. | |

Pursuant to Civil Rule 6, Defendants Marcus Quinn, Nathan Ramker, and SunFlora, Inc. (collectively, "Defendants"), through their undersigned counsel and with Plaintiff's consent, respectfully move this Court for an Order granting Defendants a leave to plead for a period of fourteen (14) days, up to and including June 26, 2019, to answer and/or otherwise respond to Plaintiff's Complaint.

Defendants timely removed the case on June 5, 2019, making their deadline to answer June 12, 2019. However, the undersigned counsel were retained by Defendants on approximately June 3, 2019. The undersigned requests an additional fourteen (14) days to investigate the claims and to respond properly to the allegations in Plaintiff's Complaint. This request is not made for the purpose of delay, but rather in the interest of justice.

Therefore, Defendants respectfully request, with Plaintiff's consent, that this Court grant them leave to plead, up to and including **June 26, 2019**, to respond to Plaintiff's Complaint.

Respectfully submitted,

**STARK & KNOLL CO., L.P.A.**

/s/ Kathleen Hahner

JOHN P. SUSANY #0039472
KATHLEEN A. HAHNER #0084113
3475 Ridgewood Road
Akron, Ohio 44333
(330) 376-3300 – Telephone
(330) 376-6237 – Facsimile
jsusany@stark-knoll.com
khahner@stark-knoll.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2019, a true and correct copy of the foregoing was filed with the Court used the CM/ECF system, which will send an electronic notice to all counsel of record.

*/s/ Kathleen Hahner*

*One of the Attorneys for Defendants*