# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**Scott Fetzer Company,**                   Case No. 1:19-cv-01296

               **Plaintiff,**

   -vs-

                                                  **JUDGE PAMELA A. BARKER**

**Marcus Quinn et. al,**

               **Defendants.**         **ORDER**

     This matter was removed to this Court on June 5, 2019. For the convenience of the Court, and by no later than [**14 days from the date of the filing of the Notice of Removal for new cases OR 14 days from the date of this Order for transferred cases**], the parties are directed to refile herein any motions and related briefing that were previously filed in state court and which remained pending at the time of removal.

     **IT IS SO ORDERED.**

                                                    *s/Pamela A. Barker*
                                                    PAMELA A. BARKER
Date: August 5, 2019                         U. S. DISTRICT JUDGE