UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE SCOTT FETZER COMPANY,<br><br>   Plaintiff/Counter-Defendant,<br><br> v.<br><br>MARCUS QUINN, ET AL.,<br><br>   Defendants/Counter-Claimants. | Case No. 19-cv-01296<br><br>Judge Pamela A. Barker |

**STIPULATION AND ORDER
DISMISSING ACTION WITH PREJUDICE
[FED. R. CIV. P. 41(a)(1)(A)(ii)]**

  Plaintiff/Counter-Defendant The Scott Fetzer Company ("Plaintiff") and Defendants/Counter-Claimants Marcus Quinn, Nathan Ramker, and SunFlora, Inc. ("Defendants") have entered into a written binding agreement resolving their respective claims and counterclaims in this action.  The parties' written agreement provides for certain continuing obligations through and to August 2021, regarding which they seek the Court's agreement to retain jurisdiction for purposes of enforcing the parties' agreement notwithstanding dismissal of the action with prejudice.

  **NOW, THEREFORE,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **STIPULATED** and **AGREED** between Plaintiff and Defendants, and it is **ORDERED** by the Court, as follows:

  1. Plaintiff dismisses with prejudice all of its claims in this action;

  2. Defendants dismiss with prejudice all of their counterclaims in this action;

  3. All parties shall bear their own fees and costs incurred in the action; and

-2-

4. Notwithstanding the parties' respective dismissals with prejudice, the Court retains jurisdiction for purposes of enforcing the parties' settlement.

**IT IS SO ORDERED.**

8/15/2020

*Pamela A. Barker*
_____
Pamela A. Barker
United States District Judge

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| */s/ Steven M. Auvil* | */s/ Collin R. Flake* |
| Steven M. Auvil | Robert P. Ducatman (0003571) |
| E-mail: steven.auvil@squirepb.com | E-mail: rducatman@jonesday.com |
| Eleanor M. Hagan | Christopher M. McLaughlin (0078186) |
| E-mail: eleanor.hagan@squirepb.com | E-mail: cmmclaughlin@jonesday.com |
| SQUIRE PATTON BOGGS (US) LLP | Collin R. Flake (0093428) |
| 4900 Key Tower | E-mail: cflake@jonesday.com |
| 127 Public Square | JONES DAY |
| Cleveland, Ohio 44114 | North Point |
| Telephone: 216 479 8500 | 901 Lakeside Avenue |
| Facsimile: 216 479 8780 | Cleveland, OH 44114-1190 |
| | Telephone: (216) 586-3939 |
| Adam R. Fox | Facsimile: (216) 579-0212 |
| E:mail: adam.fox@squirepb.com | |
| SQUIRE PATTON BOGGS (US) LLP | *Counsel for Plaintiff/Counter-Defendant* |
| 555 S. Flower Street, 31st Floor | *The Scott Fetzer Company* |
| Los Angeles, CA 90071 | |
| Telephone: 213 624 2500 | |
| Facsimile: 213 623 4581 | |
| | |
| David S. Elkins | |
| E:mail: david.elkins@squirepb.com | |
| SQUIRE PATTON BOGGS (US) LLP | |
| 1801 Page Mill Road, Suite 110 | |
| Palo Alto, CA 94304 | |
| Telephone: 650 856 6500 | |
| Facsimile: 650 843 8777 | |
| | |
| *Counsel for Defendants/Counter-* | |
| *Claimants Marcus Quinn,* | |
| *Nate Ramker, and SunFlora, Inc.* | |